Michael Starr v. Samuel H. Spingarn.— Motion granted, with ten dollars costs.

Leon M. Hirsch v. Jean B. Guttin.— Motion denied.

Hirsch Wilkenfeld v. Pincus Isaacson.— Motion denied on terms stated in order.

North Shore Industrial Company v. Ocean Grove National Bank.— Motion denied.

Atwood Violett and Others v. Paul W. Horbach.— Motion denied, with ten dollars costs.

Linus G. Read v. Samuel R. Fox and Another.— Motion denied, with ten dollars costs.

George A. Stearns v. George F. Titus and Others.— Motion denied, with ten dollars costs.

John J. Riordan v. The New York Central and Hudson River Railroad Company.— Motion denied, with ten dollars costs.

The People of the State of New York v. Amasa Lyon and Another.— Motion granted; question certified.

Jennie Kelly v. John Kelly.— Motion denied, with ten dollars costs.

Elmer Dixon v. Elizabeth Dixon.— Motion denied, with ten dollars costs. Settle order on notice.

Adolph Lewisohn v. Lansing Company and Others.— Motion denied, with ten dollars costs.

In the Matter of George Burnham, Jr.— Motion granted.

Farrell Lunny v. Marie Haiselt and Another.— Motion granted, with ten dollars costs.

Hugh J. Barron v. Margaret D. Hopper.— Motion granted, with ten dollars costs.

Louis Abramowitz v. Frank Feldman.— Motion granted, with ten dollars costs.

Daniel McKernan v. Frederick Schieferstein.— Motion granted, with ten dollars costs.

Abraham P. Miller v. John G. Hood, Impleaded (2 cases).— Motions granted, with ten dollars costs in each case.

Henry A. Koelsch v. Bella Rodman.— Motion denied, with ten dollars costs.

Catherine Schreiber v. Riverside Bank.— Application denied, with ten dollars costs.

Godfrey Goldmark v. United States Electro-Galvanizing Company.— Motion denied, with ten dollars costs.

Charles M. Preston v. Lemuel J. Arthur and Others. Charles M. Preston v. Franklin C. Albee. Charles M. Preston v. Mary E. Arthur (2 cases).— Motions for leave to withdraw appeal granted, without costs. Settle orders on notice.

Portland Company v. Charles W. Hall and Another.— Motion to withdraw record denied, without costs. Motion to expunge papers from record granted, without costs. Settle orders on notice.

In the Matter of Jerome Avenue, etc. (2 cases).— Motions dismissed.

Medina Gas, etc., Company v. Buffalo Loan and Trust, etc., Company.— Motion denied, with ten dollars costs.

Mary Ludlam v. Henry A. Ludlam.— Motion denied, with ten dollars costs.